**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LARRY D. GRIFFIN                                                                                                      PLAINTIFF

v.                                                    No. 4:13CV00251 JLH

RICHARD WEISS, in his official capacity
as Director of the Arkansas Department
of Finance and Administration; and
ANDY MORGAN, in his official
and individual capacities                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

the defendants on the claims of Larry D. Griffin.  The complaint of Larry D. Griffin is dismissed

with prejudice.

IT IS SO ORDERED this 11th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE