**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LARRY D. GRIFFIN                                                                                    PLAINTIFF

v.                                        No. 4:13CV00251 JLH

ANDY MORGAN, in his official and
individual capacities; and
RICHARD WEISS, in his official capacity as
Director of the Arkansas Department of
Finance and Administration                                                                  DEFENDANTS

## ORDER

Larry D. Griffin has filed a document styled "Notice of Appeal" and docketed as such by the Clerk but which appears to request that the undersigned judge reconsider the Order granting summary judgment against him. After careful review of the letter and the record in this matter, the Court has decided that to the extent that Griffin wishes his document to be a motion for reconsideration, it must be denied. Document #57.

IT IS SO ORDERED this 10th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE